227J LLC, 26/32J LLC & 46J LLC, Petitioner-Landlord-Respondent, 
against
Michael Barker, Respondent-Tenant-Appellant.



Tenant appeals from a final judgment of the Civil Court of the City of New York, New York County (Anne Katz, J.), entered on or about September 30, 2016, after a nonjury trial, which awarded landlord possession and a recovery of rent arrears in the principal sum of $16,216.93 in a nonpayment summary proceeding.




Per Curiam.
Final judgment (Anne Katz, J.), entered September 30, 2016, affirmed, without costs.
Upon review of the trial record, we are satisfied that the trial court properly resolved the warranty of habitability issues litigated below. In particular, there is ample support in the record for the trial court's determination that the starting point for the rent abatement, with minor exceptions, was February 11, 2016, the date of the HPD inspection report. Tenant's vague and unparticularized testimony that he gave verbal notice to building employees of conditions in his apartment in need of repair as far back as 2000 was insufficient, or so the trial court could reasonably find, particularly given that a January 2015 stipulation between the parties in a prior nonpayment proceeding did not set forth the existence of any conditions in need of repair (see New Franconia Assocs. v Popper, 2003 NY Slip Op 51116[U] [App Term, 1st Dept 2003]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 25, 2017